# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **BOBBY GIRIFALCO** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 2:25-cv-06573-JS |
| ) | |
| **BIG WAVE ROOFING AND SOLAR LLC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Michele Martin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Big Wave Roofing and Solar LLC in Monmouth County, NJ on November 26, 2025 at 11:38 am at 1719 Ginesi Dr, Freehold, NJ 07728-8851 by leaving the following documents with Gkanna Doe (Refused Last Name) who as Office Manager is authorized by appointment or by law to receive service of process for Big Wave Roofing and Solar LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

White Female, est. age 25-34, glasses: Y, Brown hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=40.2579033333,-74.2597883333
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Monmouth County ,

NJ on 11/26/2025 .

/s/ *Michele Martin*
Signature
Michele Martin
+1 (848) 444-0126



Exhibit 1a)