IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOBBY GIRIFALCO**, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>**BIG WAVE ROOFING AND SOLAR LLC**<br><br>Defendant. | Case No. 25-6573 |

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Bobby Girifalco ("Plaintiff") and Defendant Big Wave Roofing and Solar LLC ("Big Wave"), hereby stipulate to extend Big Wave's time to respond to the Complaint by 30 days, up to and including January 16, 2026. In support of this stipulation, the parties state as follows:

1. Plaintiff filed this Complaint on November 20, 2025.

2. Plaintiff served the Complaint on Big Wave on November 26, 2025.

3. Big Waves' current deadline to respond to Plaintiff's Complaint is December 17, 2025.

4. Big Wave requested that Plaintiff stipulate to a 30-day extension of time to respond to the Complaint. Plaintiff agreed to a 30-day extension.

5. This is the first time that Big Wave has requested an extension of time to respond to the Complaint.

ACCORDINGLY, IT IS HEREBY STIPULATED that Big Wave shall respond to Plaintiff's Complaint by **January 16, 2026.**

Dated:  December 17, 2025	Respectfully submitted,

                                                             BIG WAVE ROOFING AND SOLAR LLC

By: /s/ *Timur R. Dikec*
    Timur R. Dikec
    Pa. I.D. No. 333225
    Nelson Mullins Riley & Scarborough, LLP
    One PPG Place, Suite 3200
    Pittsburgh, PA 15222
    Tel: (412) 730-4050
    Fax: (412) 567-9241
    timur.dikec@nelsonmullins.com

    Eric J. Troutman (pro hac vice forthcoming)
    California Bar No. 229263
    Puja J. Amin (pro hac vice forthcoming)
    California Bar No. 299547
    Brittany Andres (pro hac vice forthcoming)
    California Bar No. 340856
    Troutman Amin, LLP
    400 Spectrum Center
    Suite 1550
    Irvine, CA 92618
    Telephone: (949) 350-3663
    troutman@troutmanamin.com
    brittany@troutmanamin.com

Dated:  December 17, 2025	BOBBY GIRIFALCO

By: /s/ *Andrew Perrong (with express permission)*
    Andrew Roman Perrong
    PA Bar No. 333687
    Perrong Law LLC
    2657 Mount Carmel Avenue
    Genside Pennsylvania 19038
    Telephone: (215) 225-5529
    a@perronglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2025, a copy of the foregoing was served by ECF to counsel of record.

                                                 */s/ Timur R. Dikec*
                                                 Timur R. Dikec