IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOBBY GIRIFALCO,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**BIG WAVE ROOFING AND SOLAR LLC**<br><br>*Defendant.* | Case No.<br>     2:25-cv-6573<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

Plaintiff Bobby Girifalco files this notice to advise the Court that Plaintiff and Defendant Big Wave Roofing and Solar LLC have reached a settlement in this matter as to all claims. Accordingly, the parties respectfully request that this Court vacate all upcoming deadlines and allow 90 days for the parties to file a notice of dismissal with prejudice pursuant to Local Rule 41.1(b) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED AND DATED this January 16, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, a copy of the foregoing was served electronically on counsel for the Defendants as per operation of the CM/ECF filing system.

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esq.