IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY GIRIFALCO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-6573 |
| | : | |
| BIG WAVE ROOFING AND SOLAR LLC | : : | |

**ORDER**

AND NOW, this 20th day of January, 2026, upon notice that the parties have reached a settlement, it is ORDERED all upcoming deadlines in the above action case are VACATED for 90 days to allow the parties to file a notice of dismissal with prejudice.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.