**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BOBBY GIRIFALCO**, individually and on behalf of all others similarly situated, | |
| Plaintiff | |
| v. | Case No. 25-6573 |
| **BIG WAVE ROOFING AND SOLAR LLC** | |
| Defendant. | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Troutman Amin, LLP, attorneys for Big Wave Roofing and Solar LLC, hereby provides notice of a change of suite number in its address. All future correspondence, notices, and pleadings should be directed to the undersigned counsel as follows:

Eric J. Troutman (State Bar # 229263)
Puja J. Amin (State Bar # 299547)
Brittany A. Andres (State Bar # 340856)
400 Spectrum Center, Ste. 1450
Irvine, CA 92618

1

Dated: April 6, 2026                    TROUTMAN AMIN, LLP

By: */s/ Brittany A. Andres*
    Eric J. Troutman (pro hac vice)
    California Bar No. 229263
    Puja J. Amin (pro hac vice)
    California Bar No. 299547
    Brittany Andres (pro hac vice)
    California Bar No. 340856
    Troutman Amin, LLP
    400 Spectrum Center Dr.,
    Suite 1450
    Irvine, CA 92618
    Telephone: (949) 350-3663
    troutman@troutmanamin.com
    amin@troutmanamin.com
    brittany@troutmanamin.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, a copy of the foregoing was served by ECF to counsel of record.

*/s/ Brittany A. Andres*
Brittany A. Andres

2