IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY GIRIFALCO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-6573 |
| | : | |
| BIG WAVE ROOFING AND SOLAR | : | |
| LLC | : | |

**ORDER**

AND NOW, this 15th day of June, 2026, upon notice that the parties have not acted in this case since the Court's 90-day continuance pursuant to the parties' notice of settlement, it is **ORDERED** the parties have until **June 18, 2026** to give a status update.

Failure to comply with this Order may result in dismissal of the Complaint in this action for failure to prosecute.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.