## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOBBY GIRIFALCO,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> *v.* <br><br> **BIG WAVE ROOFING AND SOLAR LLC** <br><br> *Defendant.* | Case No. <br><br>     2:25-cv-6573 <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

## <u>STIPULATION OF DISMISSAL</u>

Plaintiff Bobby Girifalco and Defendant Big Wave Roofing and Solar LLC hereby stipulate to dismiss Plaintiff's individual claims against Defendant with prejudice, with each party to bear its own fees and costs.

RESPECTFULLY SUBMITTED AND DATED this June 15, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

By: */s/ Timur R. Dikec*
Timur R. Dikec
Pa. I.D. No. 333225
Nelson Mullins Riley & Scarborough, LLP
One PPG Place, Suite 3200
Pittsburgh, PA 15222

4937-1083-2053 v.1

Tel: (412) 730-4050
Fax: (412) 567-9241
timur.dikec@nelsonmullins.com

Eric J. Troutman (pro hac vice forthcoming)
California Bar No. 229263
Puja J. Amin (pro hac vice forthcoming)
California Bar No. 299547
Brittany Andres (pro hac vice forthcoming)
California Bar No. 340856
Troutman Amin, LLP
400 Spectrum Center
Suite 1450
Irvine, CA 92618
Telephone: (949) 350-3663
troutman@troutmanamin.com
brittany@troutmanamin.com

2

4937-1083-2053 v.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, a copy of the foregoing was served electronically on counsel for the Defendants as per operation of the CM/ECF filing system.


*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

4937-1083-2053 v.1